UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOEL STEINMETZ,

                                                                                                         JUDGMENT

                     Plaintiff,                              21-cv-05981 (BMC)

    v.

FINANCIAL RECOVERY SERVICES, INC.,
and LVNV FUNDING LLC,

                     Defendants.
----------------------------------------------------------------X

       A Memorandum, Decision and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on July 5, 2022, dismissing this case without prejudice; it is

       ORDERED and ADJUDGED that this case is dismissed without prejudice.

Dated: Brooklyn, New York                                      Brenna B. Mahoney
         July 6, 2022                                                  Clerk of Court

                                                             By:    */s/Jalitza Poveda*
                                                                       Deputy Clerk